■    In the Matter of the Claim of VINCENT GRECCO, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent. Appeal from a decision of the Unemployment Insurance Appeal Board which disqualified claimant from receiving benefits on the ground he voluntarily left his employment without good cause. Although claimant could have continued to work until he reached age 70, he retired at age 53 from his position with the Department of the Army to take advantage of a proffered 6.4% increase in his annuity for early retirement. In our view, there is substantial evidence in the record to sustain the board's determination that this was a personal noncompelling reason under the law and constituted a voluntary leaving of employment without good cause disqualifying claimant from benefits. *(Matter of Fisher [Levine]*, 36 NY2d 146). Decision affirmed, without costs. Herlihy, P. J., Sweeney, Main, Larkin and Reynolds, JJ., concur.

■    In the Matter of the Claim of FLORA LANGSBARD, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent. Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 26, 1974, which disqualified claimant from receiving benefits effective November 22, 1973 because she voluntarily left her employment to follow her spouse to another locality. The decision appealed from is supported by substantial evidence, and must be affirmed *(Matter of Sanchez [Catherwood]*, 27 AD2d 678). Decision affirmed, without costs. Herlihy, P. J., Sweeney, Main, Larkin and Reynolds, JJ., concur.

■    In the Matter of the Claim of CECAL YUKSEL, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent. Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 14, 1975, which affirmed a referee's decision sustaining an initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits effective January 5, 1975 because he lost his employment through his own misconduct. The record is devoid of proof as to any emergency which would justify the claimant's departure from work without the required permission. These unauthorized absences constituted misconduct and the claimant was properly denied benefits *(Matter of Morales [Catherwood]*, 36 AD2d 579; *Matter of Tatem [Catherwood]*, 26 AD2d 607). Decision affirmed, without costs. Herlihy, P. J., Sweeney, Main, Larkin and Reynolds, JJ., concur.

■    In the Matter of the Claim of JOANNA TIBERIO, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent. Appeal from a decision of the Unemployment Insurance Appeal Board which disqualified claimant from receiving benefits on the ground that she was not available for employment. The decision appealed from is supported by substantial evidence and must be affirmed (e.g. *Matter of Pantel [Catherwood]*, 35 AD2d 681). Decision affirmed, without costs. Herlihy, P. J., Sweeney, Main, Larkin and Reynolds, JJ., concur.